UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jodi Rothery,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Wells Fargo Bank, N.A.,<br><br>                    Defendant. | Case No.: 3:17-cv-00565-DMS-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Based on the parties' Joint Motion to Dismiss with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the parties' Joint Motion is granted. This case is dismissed with prejudice, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated:  November 2, 2017

Hon. Dana M. Sabraw
United States District Judge